# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00584-CR

**Tresa Byrd, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
### NO. D-1-DC-06-302760, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant's motion to dismiss this appeal is granted. *See* Tex. R. App. P. 42.2(a).

The appeal is dismissed.

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   January 8, 2008

Do Not Publish